Michelle J. Shvarts (SBN 235300)
DISABILITY ADVOCATES GROUP
17525 Ventura Blvd., Ste 302
Encino, CA 91316
TEL: (800) 935-3170
FAX: (800) 501-0272
mshvarts@dagaccess.com
Attorney for Plaintiff, Yolanda B. Reyes

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| YOLANDA B. REYES <br> (SSN XXX-XX-7396), <br>     Plaintiff, <br><br>   vs. <br><br> CAROLYN W. COLVIN, <br> Commissioner Of Social Security, <br>     Defendant. | Case No.: 5:16-cv-01398-DTB <br><br> ORDER RE: JOINT STIPULATION TO DISMISS CASE |

1
2
3
4     The above-captioned parties have stipulated to DISMISS all claims in this action. This entire action is therefore dismissed pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii). Each party has agreed to bear its own attorney's fees and costs.
5
6
7   DATED:   12/21/2016
8                                                HON. DAVID T. BRISTOW
                                                 UNITED STATES MAGISTRATE JUDGE
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28